UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE GRAHAM,

                Petitioner,

      -against-

LYNN LILLEY, Superintendent of Eastern
Correctional Facility,

                Respondent.

23-CV-5267 (AS) (RWL)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

       By **Friday, February 13, 2026**, Graham shall notify the Court to confirm that, even if the Court may otherwise deny Graham's petition, he does not seek the Court to stay the petition pending a potential motion under C.P.L. § 440.10, despite the parties' agreement that Graham may raise the issues on this petition on such a motion. If Graham does seek a stay to afford him the opportunity to file such a motion, he should apprise the Court as such.

       SO ORDERED.

Dated: February 4, 2026
       New York, New York

                            ARUN SUBRAMANIAN
                        United States District Judge