**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
EUGENE GRAHAM,

                         Petitioner,                         23 **CIVIL** 05267 (AS)(RWL)

        -against-                                **JUDGMENT**

LYNN LILLEY, Superintendent of Eastern
Correctional Facility,

                        Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated February 6, 2026, the Court adopts the Report &

Recommendation in Part and Modifies it in Part. Accordingly, the case is closed.

**Dated:**  New York, New York
          February 10, 2026

                                      **TAMMI M. HELLWIG**
                               _____
                                     **Clerk of Court**

        **BY:**                                 
                                     _____
                                     **Deputy Clerk**